UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 19-20500 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | Violations:<br>21 U.S.C. § 846 |
| D-2  Kwana Spears,<br>D-3  Anthony Carrencjie,<br>       a/k/a Pootie<br>D-7  Sherll Holt,<br>D-9  Cierra Burnett,<br>D-10 Cierra Legrone,<br>D-11 Taron Fitzpatrick,<br>D-12 Raymond Davis.<br><br>Defendants.<br>_____/ | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2<br><br>FILED<br>CLERK'S OFFICE<br>SEP 2 3 2020<br>U.S DISTRICT COURT<br>EASTERN MICHIGAN |

## FIFTH SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**
**21 U.S.C. § 846**

D-2  Kwana Spears
D-3  Anthony Carrencjie
       a/k/a Pootie
D-7  Sherll Holt
D-9  Cierra Burnett
D-10 Cierra Legrone
D-11 Taron Fitzpatrick
D-12 Raymond Davis

1

From an unknown date, but at least as early as 2014 and continuing until on or about July 7, 2019, in the Eastern District of Michigan, and elsewhere, defendants, BENNIE CAMPBELL, KWANA SPEARS, ANTHONY CARRENCJIE, CARL HARDWICK, CARRIE BURKS, NIKITA BRACKETT, SHERLL HOLT, DEMORAL GILBERT, CIERRA BURNETT, CIERRA LEGRONE, TARON FITZPATRICK, and RAYMOND DAVIS knowingly and intentionally conspired and agreed with each other and with other individuals, both known and unknown to the Grand Jury, to possess with intent to distribute and to distribute controlled substances.

<u>Quantity of Controlled Substances Involved in the Conspiracy</u>

1. With respect to defendants KWANA SPEARS, ANTHONY CARRENCJIE, SHERLL HOLT, CIERRA BURNETT, and CIERRA LEGRONE, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are:

    A. Five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

2. With respect to defendants TARON FITZPATRICK and RAYMOND DAVIS the controlled substances involved in the conspiracy attributable to them

as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are:

A. 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

**Manner and Means**

A. The defendants were part of a drug trafficking organization (DTO) led by BENNIE CAMPBELL that obtained kilograms of cocaine for further distribution in the Eastern District of Michigan.

B. It was part of the conspiracy that members of the DTO received controlled substances in the Phoenix, Arizona area that couriers brought to the Detroit, Michigan area via commercial airlines. The couriers transported the controlled substances in checked luggage. Couriers for the DTO included KWANA SPEARS, ANTHONY CARRENCJIE, CARL HARDWICK, CARRIE BURKS, SHERLL HOLT, CIERRA BURNETT, and CIERRA LEGRONE.

C. The controlled substances law enforcement seized that were intended for distribution as part of the conspiracy included:

1. Approximately eight kilograms of cocaine seized on April 8, 2019, at Detroit Metropolitan Airport (DTW) from KWANA SPEARS and SHERLL HOLT's checked luggage.

2. Approximately thirteen kilograms of cocaine seized on July 7, 2019, at DTW from ANTHONY CARRENCJIE, CARL HARDWICK, and CARRIE BURKS's checked luggage.

D. It was also part of the conspiracy that BENNIE CAMPBELL distributed controlled substances to customers after they were brought to Detroit. Customers for the DTO included DEMORAL GILBERT, TARON FITZPATRICK, and RAYMOND DAVIS, who further distributed the controlled substances.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1).

## COUNT TWO
**Possession with Intent to Distribute and to Distribute Cocaine**
**21 U.S.C. § 841(a)(1)**
**Aiding and Abetting**
**18 U.S.C. § 2**

D-2 Kwana Spears
D-7 Sherll Holt

That on or about April 8, 2019, in the Eastern District of Michigan, defendants, BENNIE CAMPBELL, KWANA SPEARS, and SHERLL HOLT did knowingly and intentionally possess with intent to distribute, and did aid and abet each other in possessing with intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## COUNT THREE
### Possession with Intent to Distribute and to Distribute Cocaine
### 21 U.S.C. § 841(a)(1)
### Aiding and Abetting
### 18 U.S.C. § 2

D-3 Anthony Carrencjie
    a/k/a Pootie

That on or about July 7, 2019, in the Eastern District of Michigan, defendants, BENNIE CAMPBELL, ANTHONY CARRENCJIE, CARL HARDWICK, CARRIE BURKS, and NIKITA BRACKETT did knowingly and intentionally possess with intent to distribute, and did aid and abet each other in possessing with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853(a)

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

2. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of the offenses set forth in Counts One through Three of this Indictment, in violation of Title 21, United States Code, Sections 841 and 846, defendants

KWANA SPEARS, ANTHONY CARRENCJIE, SHERLL HOLT, CIERRA BURNETT, CIERRA LEGRONE, TARON FITZPATRICK, and RAYMOND DAVIS shall forfeit to the United States of America: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. <u>Money Judgment</u>: Such property includes, but is not limited to, a money judgment against the defendant(s) in an amount to be determined, representing the total value of all property subject to forfeiture as described herein

4. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

                                                     s/ *Grand Jury Foreperson*
                                                     GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*s/ Julie Beck*
JULIE BECK
Chief, Drug Task Force Unit

*s/Andrea Hutting*
ANDREA HUTTING
Assistant United States Attorney


Dated: September 23, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>19-20500 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: _AH_ |

**Case Title:** USA v. Bennie Campbell et al

**County where offense occurred:** Wayne and elsewhere

**Offense Type:** Felony

Indictment -- based upon LCrR 57.10(d) [Complete superseding section below]

FILED
CLERK'S OFFICE
SEP 23 2020
U.S DISTRICT COURT
EASTERN MICHIGAN

**Superseding Case Information**

**Superseding to Case No:** 19-20500        **Judge:** Bernard A. Friedman

**Reason:** Adds Defendants

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D-9 Cierra Burnett | 21 USC § 846 | |
| D-10 Cierra Legrone | | |
| D-11 Taron Fitzpatrick | | |
| D-12 Raymond Davis | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

September 23, 2020
Date

Andrea Hutting
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
andrea.hutting@usdoj.gov
(313) 226-9110
Bar #: P68606

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.